KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 05-00725 MAG |
|     Plaintiff, ) | STIPULATION AND <u>ORDER EXCLUDING TIME</u> |
|     v. ) | |
| MATTHEW D. CHILD, ) | |
|     Defendant. ) | |

    On December 21, 2005, the parties in this case appeared before the Court for a status appearance.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from December 21, 2005 to January 25, 2005 for continuity of counsel and for effective preparation of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

Stipulation and Order

1  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
2  18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:

4                                                      KEVIN V. RYAN
                                                  United States Attorney

5
6  DATED: 12/21/2005                              /s/ Derek Owens
7                                                    DEREK R. OWENS
                                                  Special Assistant United States Attorney

8  DATED: 12/23/2005                              /s/ Steven Kalar
9                                                    STEVEN G. KALAR
                                                  Attorney for Mr. Child

10
11      As the Court found on December 21, 2005, and for the reasons stated above, the Court finds
12  that an exclusion of time between December 21, 2005 and January 25, 2006 is warranted and
13  that the ends of justice served by the continuance outweigh the best interests of the public and
14  the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the
15  requested continuance would deny Mr. Child continuity of counsel and would deny defense
16  counsel the reasonable time necessary for effective preparation, taking into account the exercise
17  of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

18
19  SO ORDERED.
20  DATED: January 4, 2006

                                                  EDWARD M. CHEN
                                                  United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

Stipulation and Order