KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Facsimile: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MATTHEW D. CHILD, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR-05-00725 EMC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |

    The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from January 25, 2006 to January 25, 2007 for deferral of prosecution. The parties agree that U.S. Attorney's Office diversion is an appropriate disposition in this matter.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 05-00725 EMC

1    The United States has placed Mr. Child on U.S. Attorney's Office diversion for a
2 period of one year for Mr. Child to continue counseling programs and demonstrate good
3 conduct.  Accordingly, the parties agree that the prosecution will be deferred for a twelve
4 month period of time.
5 SO STIPULATED.

6                                                          KEVIN V. RYAN
                                                           United States Attorney
7
                    3/6/2006                               /s/ Derek R. Owens
8 DATED: _____                          _____
                                                           DEREK R. OWENS
9                                                          Special Assistant United States Attorney

10
                    3/2/2006                               /s/ Steven Kalar
11 DATED: _____                         _____
                                                           STEVEN KALAR
12                                                         Attorney for Mr. Child

13

14

15                                            ORDER

16    Based on the stipulation of the parties and for good cause shown, IT IS HEREBY
17 ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §
18 3161(h)(2) from  January 25, 2006 to January 25, 2007 for deferral of prosecution by the
19 Government for the purpose of allowing the defendant to demonstrate good conduct
20 under the conditions of a pretrial diversion program.

21

22 DATED: ____March 15, 2006____            _____
                                                           EDWARD M. CHEN
23                                                         United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 05-00725 EMC