KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0725 EMC |
| Plaintiff, ) | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION WITH PREJUDICE |
| v. ) | |
| MATTHEW D. CHILD, ) | |
| Defendant. ) | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant, Matthew D. Child, with prejudice.

DATED: \_\_\_1/27/07_____

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

    /s/ Derek R. Owens
DEREK R. OWENS
Assistant United States Attorney

//

DISMISSAL OF INFORMATION
CR 05-0725 EMC

1  Leave of court is granted to file the foregoing dismissal with prejudice.

2  DATED: __1/29/07__

3  JAMES LARSON
   United States Magistrate Judge
4  Edward M. Chen
   United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 05-0725 EMC